IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 9 2010

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

STAR CITY COMICS & GAMES, INC.   )
d/b/a StarCityGames.com,          )
                       )
      Plaintiff,          )
                       )
v.                     )
                       )
WEBBED SPHERE, INC. d/b/a     )
TROLL & TOAD,          )
                       )
and                   )
                       )
CHRISTOPHER WOLTERECK,     )
                       )
      Defendants.       )

Civil Action No. 7:10CV00417

**ORDER**

By: Hon. Glen E. Conrad
Chief United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendants' motion to dismiss is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to all counsel of record.

ENTER: This _____ day of December, 2010.

_____
Chief United States District Judge